UNITED STATES of America,
Plaintiff-Appellee,

v.

The CITY OF MIAMI, FLORIDA, et al.,
Defendants-Appellees,

v.

FRATERNAL ORDER OF POLICE, CITY
OF MIAMI LODGE NO. 20, Kenneth R.
Harrison, President, and the Miami Po-
lice Benevolent Association, Defend-
ants-Appellants.

No. 77–1856.

United States Court of Appeals,
Fifth Circuit.

Aug. 26, 1980.

Irving Weinsoff, Miami, Fla., for defend-
ants-appellants.

David L. Rose, Squire Padgett, Dept. of
Justice, Washington, D. C., for plaintiff-ap-
pellee.

George F. Knox, Jr., Miami, Fla., for City
of Miami.

ON PETITION FOR REHEARING AND
PETITION FOR REHEARING
EN BANC

(Opinion, 5 Cir., 1980, 614 F.2d 1322).

Before COLEMAN, Chief Judge,
BROWN, AINSWORTH, GODBOLD,
CHARLES CLERK, RONEY, GEE, TJO-
FLAT, HILL, FAY, RUBIN, VANCE,
KRAVITCH, FRANK M. JOHNSON, Jr.,
GARZA, HENDERSON, REAVLEY, POL-
ITZ, HATCHETT, ANDERSON, RAN-
DALL, TATE, SAM D. JOHNSON, THOM-
AS A. CLARK and WILLIAMS, Circuit
Judges.

BY THE COURT:

A member of the Court in active service
having requested a poll on the application
for rehearing en banc and a majority of the
judges in active service having voted in
favor of granting a rehearing en banc.

IT IS ORDERED that the cause shall be
reheard by the Court en banc with oral
argument on a date hereafter to be fixed.
The Clerk will specify a briefing schedule
for the filing of supplemental briefs.